**QIHUI HUANG, Plaintiff–Appellant,**

**v.**

**William E. CULBERSTON, Defendant–Appellee.**

**No. 11–1166.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 9, 2011.

Decided: June 16, 2011.

Qihui Huang, Appellant Pro Se. Mikhael David Charnoff, Sands Anderson, PC, McLean, Virginia, for Appellee.

Before WILKINSON and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Qihui Huang appeals the district court's order denying her motion for leave to file an amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Huang v. Culberston,* No. 8:10–cv–00944–AW (D.Md. Jan. 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*